UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DONALD ALLAN WEIZENECKER,<br><br>　　　　Plaintiffs,<br>v.<br>CHARLES DANIELS, *et al.*,<br>　　　　Defendants. | Case No. 3:23-cv-00190-ART-CSD |
| DONALD ALLAN WEIZENECKER,<br><br>　　　　Plaintiff,<br>v.<br>NETHANJAH BREITENBACH, *et al.*,<br>　　　　Defendants. | *and related cases*[1]<br><br>Reassignment Order |

Several individuals in the custody of the Nevada Department of Corrections ("NDOC") have filed actions in the District of Nevada alleging there is an inoperable ventilation unit at the Northern Nevada Correctional Center ("NNCC"). The Clerk of Court has randomly assigned the earliest filed of these cases with the lowest case number to District Judge Anne R. Traum. Moreover, United States Magistrate Judge Carla Baldwin has experience working on a prior series of cases that also dealt with an inoperable ventilation system at NNCC. *See Weizenecker v. Daniels*, Case No. 3:20-cv-00653-MMD-CLB (D. Nev. Filed Nov. 23, 2020).

Given that the plaintiffs in the above-captioned cases challenge the same piece of allegedly faulty equipment at the same facility, the presiding District Judges in these actions have individually and collectively determined that these actions are related and

---

[1] The related cases are 3:23-cv-00191-ART-CSD, 3:23-cv-00192-MMD-CSD, 3:23-cv-00193-RCJ-CLB, 3:23-cv-00194-MMD-CSD, 3:23-cv-00195-ART-CLB, 3:23-cv-00196-ART-CSD, 3:23-cv-00197-MMD-CLB, 3:23-cv-00198-RCJ-CLB, and 3:23-cv-00199-ART-CSD.

there is good cause to reassign these cases to one District Judge and one Magistrate Judge under Local Rule 42-1(b) as well as Federal Rule of Civil Procedure 42(a)(3). Reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. Accordingly, it is hereby ordered that Case Nos. 3:23-cv-00192-MMD-CSD, 3:23-cv-00193-RCJ-CLB, 3:23-cv-00194-MMD-CSD, 3:23-cv-00197-MMD-CLB, and 3:23-cv-00198-RCJ-CLB are reassigned to District Judge Anne R. Traum and referred to United States Magistrate Judge Carla L. Baldwin.

The Clerk of Court is directed to update the applicable case numbers to reflect the new judge assignments.

The Clerk of Court is further directed to file a copy of this order in all of the related cases.

DATED THIS 15th Day of May 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____   _____
MIRANDA M. DU                          ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE     UNITED STATES DISTRICT JUDGE