UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BAKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>　　　　Defendants. | **ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE<br><br>**Case No. 3:23-cv-00192-ART-CLB** |
| BRIAN JOEL DEBARR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>　　　　Defendants. | Case No. 3:23-cv-00199-ART-CLB |
| ROGER W. HULL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>　　　　Defendants. | Case No. 3:23-cv-00191-ART-CLB |

| | |
|---|---|
| DENNIS KEITH KIEREN, JR., <br> Plaintiff, <br> vs. <br> NETHANJAH BREITENBACH, et al. <br> Defendants. | Case No. 3:23-cv-00198-ART-CLB |
| JOSEPH LUMPKIN, <br> Plaintiff, <br> vs. <br> NETHANJAH BREITENBACH, et al. <br> Defendants. | Case No. 3:23-cv-00197-ART-CLB |
| DAVID MITCHELL, <br> Plaintiff, <br> vs. <br> NETHANJAH BREITENBACH, et al. <br> Defendants. | Case No. 3:23-cv-00195-ART-CLB |
| GRADY O. MULLINS, <br> Plaintiff, <br> vs. <br> NETHANJAH BREITENBACH, et al. <br> Defendants. | Case No. 3:23-cv-00193-ART-CLB |
| DANIEL M. PYNE, <br> Plaintiff, <br> vs. <br> NETHANJAH BREITENBACH, et al. <br> Defendants. | Case No. 3:23-cv-00196-ART-CLB |

| | |
|---|---|
| JOHN STARK,<br><br>    Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>    Defendants. | Case No. 3:23-cv-00194-ART-CLB |
| JOSEPH TORRES, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>    Defendants. | Case No. 3:23-cv-00275-ART-CLB |
| DONALD A. WEIZENECKER,<br><br>    Plaintiff,<br><br>vs.<br><br>NETHANJAH BREITENBACH, et al.<br><br>    Defendants. | Case No. 3:23-cv-00190-ART-CLB |

IT IS HEREBY STIPULATED by and between Plaintiffs Daniel Bake, Brian Joel DeBarr, Roger W. Hull, Dennis Keith Kieren, Jr., Joseph Lumpkin, David Mitchell, Grady O. Mullins, Daniel M. Pyne, John Stark, Joseph Torres, Jr., Donald A. Weizenecker, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy

///
///
///
///
///
///
///
///

```
 1  Attorney General, that the above-captioned actions should be dismissed with prejudice, by order of
 2  this Court, with each party to bear his own costs.
 3
 4  DATED this 26 day of September, 2023      DATED this 8th day of September, 2023
 5
 6                                            AARON D. FORD
                                              Attorney General
 7
 8  /s/ Daniel A Bake                         By: /s/
    DANIEL BAKE                                   DOUGLAS R. RANDS, Bar No. 3572
 9  Plaintiff, Pro Se                             Senior Deputy Attorney General
                                                  Attorneys for Defendants
10
11
12  DATED this 26 day of September, 2023
13
14  /s/
    BRIAN JOEL DEBARR
15  Plaintiff, Pro Se
16
17  DATED this 26 day of September, 2023
18
19  /s/
    ROGER W. HULL
20  Plaintiff, Pro Se
21
22  DATED this 26 day of September, 2023
23
24  /s/
    DENNIS KEITH KIZREN, JR.
25  Plaintiff, Pro Se
26
27
28
                                        4
```

1  DATED this 15 day of September, 2023

2

3  _Joseph Lumpkin_
   JOSEPH LUMPKIN
4  Plaintiff, *Pro Se*

5

6  DATED this 26 day of September, 2023

7

8  _David Mitchell_
   DAVID MITCHELL
9  Plaintiff, *Pro Se*

10

11 DATED this 26 day of September, 2023

12

13 _Grady O. Mullins_
   GRADY O. MULLINS
14 Plaintiff, *Pro Se*

15

16 DATED this 26 day of September, 2023

17

18 _Daniel M. Pyne_
   DANIEL M. PYNE
19 Plaintiff, *Pro Se*

20

21 DATED this 20 day of September, 2023

22

23 _John Stark_
   JOHN STARK
24 Plaintiff, *Pro Se*

25
26
27
28

DATED this ____ day of September, 2023

_____
JOSEPH TORRES, JR.
Plaintiff, *Pro Se*

DATED this 26 day of September, 2023

_____
DONALD A. WEIZENECKER
Plaintiff, *Pro Se*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: September 9, 2025